In re: ENTERTAINMENT SPECIALTIES, INC.

Debtor.

Michael F. GOODWIN, Appellant,

v.

Ronald L. DURKIN, Chapter 7 Trustee, Appellee.

No. 00–55894.
BAP No. CC–99–01389–PBMa.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 7, 2001.

Decided Dec. 20, 2001.

Before SCHROEDER, Chief Judge, TROTT and RAWLINSON, Circuit Judges.

MEMORANDUM *

The bankruptcy court had jurisdiction over this matter and properly overruled Michael Goodwin's objections to the Trustee's final report and application for fees. Goodwin's objections were barred by the

* This disposition is not appropriate for publication and may not be cited to or by the courts

doctrines of res judicata and collateral estoppel. *See Clark v. Bear Stearns & Co., Inc.,* 966 F.2d 1318, 1320 (9th Cir.1992).

AFFIRMED.

of this circuit except as may be provided by Ninth Circuit Rule 36–3.